

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2023

No. 04-22-00899-CV

**IN RE** Jasmine **ELLIOTT**

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Irene Rios, Justice
                Beth Watkins, Justice
                Lori I. Valenzuela, Justice

On January 9, 2023, relator filed a first amended petition for writ of mandamus and a first amended emergency motion for stay seeking to stay all underlying trial court proceedings. This court granted relator's First Amended Motion for Stay of Trial Court Proceedings. Additionally, we requested responses from the trial court and real party in interest. We have received a response from real party in interest.

On January 25, 2023, we ordered relator to file transcripts from two hearings that occurred in the underlying proceeding. The first hearing occurred on December 9, 2022, and the second hearing occurred on December 28, 2022. We required the two transcripts to be filed in this court no later than February 6, 2023. A transcript of the December 9, 2022 hearing was filed, but a transcript of the December 28, 2022 hearing was not filed.

We **ORDER** relator to file, **on or before February 21, 2023,** a transcript of the December 28, 2022 hearing, in which the Honorable Judge Tina Torres presided.

It is so **ORDERED** on February 16, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2022-CI-05165, styled *In the Interest of K.J.E., a Child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.